**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| IODAPT, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ZYXEL COMMUNICATIONS, INC.,<br><br>　　　　　　Defendant. | **CIVIL ACTION NO. 2:15-cv-345**<br><br>**JURY TRIAL DEMANDED** |

**ZYXEL COMMUNICATIONS, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant ZyXEL Communications, Inc. hereby identifies the following corporate parent and states that such company, which is a corporation headquartered and organized under the laws of Taiwan, owns more than 10% of the stock of ZyXEL Communications, Inc.: ZyXEL Communications Corporation.

Dated: April 6, 2015

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Elizabeth H. Rader
　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth H. Rader
　　　　　　　　　　　　　　　　　　　　　　　　Yitai Hu
　　　　　　　　　　　　　　　　　　　　　　　　ALSTON & BIRD, LLP
　　　　　　　　　　　　　　　　　　　　　　　　1950 University Ave, 5th Floor
　　　　　　　　　　　　　　　　　　　　　　　　East Palo Alto, CA  94303-2202
　　　　　　　　　　　　　　　　　　　　　　　　Tel:　　(650) 838-2000
　　　　　　　　　　　　　　　　　　　　　　　　Fax:　　(650) 838-2001
　　　　　　　　　　　　　　　　　　　　　　　　Email:　elizabeth.rader@alston.com

　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　ZYXEL COMMUNICATIONS, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using CM/ECF, which will serve a copy on all counsel who have consented to electronic service.

*/s/ Elizabeth H. Rader*
Elizabeth H. Rader